# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MATTHEW DUNLEAVY | : | No. 19 WAL 2023 |
| | : | |
| v. | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| | : | |
| THE SECRETARY OF HOUSING AND URBAN DEVELOPMENT | : | |
| | : | |
| v. | : | |
| | : | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE RAMC TRUST, SERIES 2016-CTT | : | |
| | : | |
| PETITION OF: MATTHEW DUNLEAVY | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2023, the Petition for Allowance of Appeal is **DENIED**.